B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS WACO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Token Exchange, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **74-2706455** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **6330 Old Dallas Road Elm Mott, TX** ZIP CODE **76640** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: **McLennan** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **563 Idlewood Drive Waco, TX** ZIP CODE **76705** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.37.1, ID 3105211611)*

**B1 (Official Form 1) (1/08)**                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Token Exchange, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**Bette Babette Hapenney** | Case Number: | Date Filed:<br>**4/27/2009** |
| District:<br>**Western District, Waco Div.** | Relationship:<br>**Affiliate** | Judge:<br>**Monroe** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                            Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>         ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>         ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (1/08)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Token Exchange, Inc.**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

**X** /s/ Erin B. Shank
_____
**Erin B. Shank**                    Bar No. **01572900**

**Erin B. Shank, P.C.**
**1902 Austin Avenue**
**Waco, Texas 76701**

Phone No. **(254) 296-1161**     Fax No. **(254) 296-1165**

04/27/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Token Exchange, Inc.**

**X** /s/ Bette Hapenney
_____
Signature of Authorized Individual

**Bette Hapenney**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**04/27/2009**
_____
Date

_____
Address

**X** _____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Token Exchange, Inc.**

Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 6330 Old Dallas Road, Elm Mott, TX 76640 | fee simple | | $301,342.00 | $396,084.64 |
| | | Total: | $301,342.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Token Exchange, Inc.**                                    Case No. _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JPMorgan Chase Bank (checking account) - account has a zero balance. | $1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Token Exchange, Inc.**                                                    Case No. _____

                                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Accounts Receivable - See Exhibit "B" | $10,619.87 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Token Exchange, Inc.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Token Exchange, Inc.**                                      Case No.  _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment (See Exhibit "A") | $1.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**    $10,621.87

B6C (Official Form 6C) (12/07)

In re  **Token Exchange, Inc.**                          Case No. _____
                                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

B6D (Official Form 6D) (12/07)

In re  **Token Exchange, Inc.**                                    Case No. _____

                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxx941-6**<br><br>**A.F. Buddy Skeen, RTA, CTA**<br>**McLennan County Tax Assessor**<br>**P.O.Box 406**<br>**Waco, Texas 76703** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**ad valorem taxes**<br>COLLATERAL:<br>**6330 Old Dallas Road, Elm Mott, TX 76640**<br>REMARKS:<br><br><br>VALUE:                    **$301,342.00** | | | | **$14,823.08** | |
| ACCT #: **xxxxxxx8002**<br><br>**Chase**<br>**PO Box 78039**<br>**Phoenix, AZ 85062** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Line of Credit**<br>COLLATERAL:<br>**6330 Old Dallas Road, Elm Mott, TX 76640**<br>REMARKS:<br><br><br>VALUE:                    **$301,343.00** | | | | **$176,570.15** | **$94,741.64** |
| ACCT #: **xxxxxxx8008**<br><br>**Chase**<br>**PO Box 4661**<br>**Houston, TX 77210** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**6330 Old Dallas Road, Elm Mott, TX 76640**<br>REMARKS:<br><br><br>VALUE:                    **$301,342.00** | | | | **$204,691.41** | |
| ACCT #: **xxxxx5128**<br><br>**Merchants Advance**<br>**475 Park Avenue South**<br>**16th Floor**<br>**New York, New York 10016** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**receivables factoring loan**<br>COLLATERAL:<br>**Accounts Receivable - See Exhibit "B"**<br>REMARKS:<br><br><br>VALUE:                    **$10,619.87** | | | | **$11,438.42** | **$818.55** |
| | | Subtotal (Total of this Page) > | | | | **$407,523.06** | **$95,560.19** |
| | | Total (Use only on last page) > | | | | **$407,523.06** | **$95,560.19** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Token Exchange, Inc.**                                                      Case No. _____

                                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Token Exchange, Inc.**                                    Case No. _____

                                                                   (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxx6455**<br><br>**Internal Revenue Service**<br>**STOP 5022AUS**<br>**300 E. 8th Street**<br>**Austin, Texas 78767** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**1120, 941, and 940 Taxes** | | | | $27,018.31 | $0.00 | $27,018.31 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $27,018.31 | $0.00 | $27,018.31 |
|---|---|---|---|---|
| **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | Total > | $27,018.31 | | |
| **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | Totals > | | $0.00 | $27,018.31 |

B6F (Official Form 6F) (12/07)

In re   **Token Exchange, Inc.**                                Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5559**<br>**A.G. Industries, Inc.**<br>**P.O. Box 455**<br>**Preston, WA 98050** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$754.52** |
| **Representing:**<br>**A.G. Industries, Inc.** | | **LC Financial, LLC**<br>**P.O. Box 9246**<br>**Van Nuys, CA 91409** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2953**<br>**Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,310.75** |
| **Representing:**<br>**Advanta Bank Corp** | | **NCB Management Services Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA 19047** | | | | **Notice Only** |
| ACCT #:  **x-xxxx-xxx9891**<br>**Allied Waste Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$197.28** |
| ACCT #:<br>**Am-tex Plastics**<br>**4510 Old Mexia Road**<br>**Waco, TX 76705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,333.23** |

Subtotal >   **$8,595.78**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**20**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                        Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxx8 004**<br>**American Express**<br>**P.O. Box 6504448**<br>**Dallas, TX 75265** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$67,266.46** |
| **Representing:**<br>**American Express** | | **ARSI**<br>**Legal Department**<br>**555 St. Charles Drive**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | | | | **Notice Only** |
| ACCT #:  **xxx xxx-xxxx 152 9**<br>**AT&T**<br>**PO Box 650516**<br>**Dallas, TX 75265-0516** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$1,673.69** |
| ACCT #:  **xxxxx0660**<br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL**<br>**60197-6463** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$158.37** |
| ACCT #:  **xx0394**<br>**Aurora World, Inc.**<br>**8820 Mercury Lane**<br>**Pico Rivera, CA 90660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$2,397.00** |
| **Representing:**<br>**Aurora World, Inc.** | | **Coface Collections North America, Inc.**<br>**50 Millstone Road**<br>**Building 100-Suite 360**<br>**East Windsor, NJ 08520** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**20**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$71,495.52**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x1070**<br>**Austin-Abbott, Inc.**<br>**P.O. Box 1253**<br>**Highland Park, NJ 08904** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$756.20** |
| ACCT #:   **xxxxx xxxxange**<br>**Baker's Filter Service**<br>**P.O. Box 7680**<br>**Waco, TX 76714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$77.06** |
| ACCT #:   **xxxx xxxx xxxx 2450**<br>**Bill Me Later**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$826.53** |
| **Representing:**<br>**Bill Me Later** | | **Penncro**<br>**PO Box 538**<br>**Oaks, PA 19456** | | | | **Notice Only** |
| ACCT #:   **xxxx xxxx xxxx 7169**<br>**Bill Me Later**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$533.23** |
| **Representing:**<br>**Bill Me Later** | | **American Coradius International LLC**<br>**PO Box 505**<br>**Linden, MI 48451** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$2,193.02**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                          Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Boley** <br> **14011 12th Street** <br> **Chino, CA 91710** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$887.10** |
| ACCT #:  **x8490** <br> **Bonnie Bell** <br> **Attn: Accounts Receivable** <br> **18519 Detroit Avenue** <br> **Lakewood, OH 44107** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$936.71** |
| ACCT #:  **xxxxxx-0000** <br> **Bushnell-Tasco** <br> **Dept. 1551** <br> **135 Lasalle St.** <br> **Chicago, IL 60674-1551** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$516.08** |
| **Representing:** <br> **Bushnell-Tasco** | | **NCO Financial Services** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | | **Notice Only** |
| ACCT #:  **xOKO1** <br> **Cameleon Distribution** <br> **227 Grant Street** <br> **Santa Cruz, CA 95060** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$875.79** |
| **Representing:** <br> **Cameleon Distribution** | | **Capital Recovery Corporation** <br> **P.O. Box 1008** <br> **Alpharette, GA 3009** | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Subtotal >**            **$3,215.68**

                                                                             **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Token Exchange, Inc.**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Can You Imagine**<br>**9314 Eton Ave.**<br>**Chatsworth, CA 91311** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,708.16** |
| ACCT #:  **xxxx xxxx xxxx 6304**<br>**Chase Credit Card**<br>**PO Box 94014**<br>**Palatine, IL 60094** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,903.42** |
| **Representing:**<br>**Chase Credit Card** | | **Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 9541**<br>**Chase Credit Card**<br>**PO Box 94014**<br>**Palatine, IL 60094** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$12,002.32** |
| **Representing:**<br>**Chase Credit Card** | | **Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | | **Notice Only** |
| ACCT #:<br>**Connally ISD**<br>**c/o McCreary, Veselka, Bragg, & Allen**<br>**PO Box 1669**<br>**Waco, TX 76703-1669** | | DATE INCURRED:<br>CONSIDERATION:<br>**Plaintiff in Lawsuit**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**20**____ continuation sheets attached to          **Subtotal >**          **$21,613.90**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Token Exchange, Inc.**                                    Case No. _____

                                                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0042**<br>**CoopSport**<br>**1335 Park Center Drive**<br>**Suite B**<br>**Vista, CA 92081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$3,019.88** |
| **Representing:**<br>**CoopSport** | | **Celtic Capital Corporation**<br>**2951 28th Street, Suite 2030**<br>**Santa Monica, CA 90405** | | | | **Notice Only** |
| ACCT #:<br>**CPP International, LLC**<br>**P.O. Box 60806**<br>**Charlotte, NC 28260-0806** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$596.14** |
| ACCT #:<br>**Decor Craft, Inc.**<br>**230 5th Ave.**<br>**Suite 309**<br>**New York, NY 10010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$162.00** |
| ACCT #:  **xxx9959**<br>**Deltacom**<br>**PO Box 740597**<br>**Atlanta, GA 30374-0597** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$139.32** |
| ACCT #:<br>**Denison & Grisham**<br>**407 Lake Air Drive**<br>**Waco, TX 76710** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$510.00** |

Sheet no. ____**5**____ of ____**20**____ continuation sheets attached to                    **Subtotal >**          **$4,427.34**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

04/27/2009 05:11:36pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx5518**<br>**DHL Express (USA) Inc.**<br>**P.O. Box 840006**<br>**Dallas, TX 75284-0006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Freight**<br>REMARKS: | | | | **$17,768.30** |
| **Representing:**<br>**DHL Express (USA) Inc.** | | **McCarthy, Burgess & Wolf**<br>**26000 Cannon Road**<br>**Cleveland, Ohio 44146** | | | | **Notice Only** |
| ACCT #:  **2368**<br>**Dorcy International, Inc.**<br>**Dept. L-2575**<br>**Columbus, OH 43260-2575** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$474.83** |
| **Representing:**<br>**Dorcy International, Inc.** | | **NCO Financial Systems**<br>**9009 Corporate Lake Drive**<br>**Tampa, FL 33634** | | | | **Notice Only** |
| ACCT #:<br>**Englander Container & Display**<br>**P.O. Box 22067**<br>**Waco, TX 76702-2067** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$3,148.33** |
| ACCT #:<br>**Fascinations Toys and Gifts, Inc.**<br>**19224 Des Moines Way So.**<br>**Suite 100**<br>**Seattle, WA 98148** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,581.86** |

Sheet no. _____**6**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$22,973.32**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Token Exchange, Inc.**                    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-x871-8**<br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Freight**<br>REMARKS: | | | | **$1,126.11** |
| ACCT #:  **xxxx-x914-1**<br>**FedEx Trade Networks**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481** | | DATE INCURRED:<br>CONSIDERATION:<br>**Freight**<br>REMARKS: | | | | **$1,989.53** |
| ACCT #:<br>**Flipo Group, Ltd.**<br>**613 1st St.**<br>**LaSalle, IL 61301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,127.02** |
| ACCT #:  **xxxx4601**<br>**Fun Express**<br>**P.O. Box 790403**<br>**St. Louis, MO 63179-0403** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$13,852.65** |
| ACCT #:  **xOKEN**<br>**Fundex Games, Ltd.**<br>**P.O. Box 95169**<br>**Paletine, IL 60095-0169** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$2,170.81** |
| **Representing:**<br>**Fundex Games, Ltd.** | | **Guest & Associates P.C.**<br>**P.O. Box 696**<br>**DeKalb, TX 75559** | | | | **Notice Only** |

Sheet no. ____**7**____ of ____**20**____ continuation sheets attached to                    **Subtotal >** | **$20,266.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

04/27/2009 05:11:36pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                     Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx6330**<br>**Funtastic Toys**<br>**2301 Minimax Street**<br>**Houston, TX 77008-5009** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$7,414.32** |
| **Representing:**<br>**Funtastic Toys** | | **Michael G. Null**<br>**20208 W. Highway 71**<br>**Austin, TX 78669** | | | | **Notice Only** |
| ACCT #:  **6319**<br>**Gayla Industries, Inc.**<br>**P.O. Box 920800**<br>**Houston, TX 77292-0800** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$326.00** |
| ACCT #:<br>**Getagadget, Inc.**<br>**2101 E. Saint Elmo Road**<br>**Suite 347**<br>**Austin, TX 78744** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$200.00** |
| ACCT #:  **xxOKEN**<br>**Glow Industries, Inc.**<br>**12962 Eckel Junction Road**<br>**Perrysburg, OH 43551** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$21.44** |
| ACCT #:  **7386**<br>**Good Gifts, Inc.**<br>**217 S. Main**<br>**St. Lamar, CO 81052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$327.31** |

Sheet no. _____**8**_____ of _____**20**_____ continuation sheets attached to                    **Subtotal >**    |  **$8,289.07**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

04/27/2009 05:11:36pm

B6F (Official Form 6F) (12/07) - Cont.

In re **Token Exchange, Inc.** Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 3166**<br>**Home Depot Credit Services**<br>**PO BOX 6029**<br>**The Lakes, NV 88901** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,730.77** |
| **Representing:**<br>**Home Depot Credit Services** | | **Client Services, Inc.**<br>**34851 Harry Truman Blvd.**<br>**St. Charles, MO  63301** | | | | **Notice Only** |
| ACCT #:  **xxxx8553**<br>**IESI-Waco**<br>**PO Box 650308**<br>**Dallas, TX 75265-0308** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$146.55** |
| ACCT #:<br>**Indi Label**<br>**P.O. Box 512119**<br>**Los Angeles, CA 90051-0119** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$165.72** |
| ACCT #:  **8898**<br>**Inkology, Inc.**<br>**P.O. Box 970306**<br>**Boca Raton, FL 33497-0306** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,176.08** |
| **Representing:**<br>**Inkology, Inc.** | | **Benjamin & Williams Credit Investigators**<br>**5485 Expressway Drive North**<br>**Holtsville, NY 11742** | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$3,219.12**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                                  Case No. _____

                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Internal Revenue Service** <br> P.O. Box 21126 <br> Philadelphia, PA 19114 | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **5548** <br> **Kelly Toy** <br> 4811 South Alameda Street <br> Los Angeles, CA 90058 | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$1,267.59** |
| ACCT #: <br> **Mark Feldstein & Associates** <br> P.O. Box 76795 <br> Cleveland, OH 44101-6500 | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$12.45** |
| ACCT #: <br> **McLennan County** <br> c/o Linebarger Goggan Blair & Sampson <br> 600 Austin Avenue, Suite 27 <br> Waco, TX 76701 | | DATE INCURRED: <br> CONSIDERATION: <br> **Plaintiff in Lawsuit** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Meeting Bridge, LLC** <br> 705 Hunting Ridge Road <br> Stamford, CT 06903 | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$87.56** |
| ACCT #:  **xxOK00** <br> **Mega Brands America, Inc.** <br> P.O. Box 820951 <br> Philadelphia, PA 19182 | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$522.00** |

Sheet no. ____**10**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  |  **$1,889.60**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**NBC Inventory, Inc.**<br>**8812 Shoal Creek Blvd.**<br>**Austin, TX 78757** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$892.48** |
| **Representing:**<br>**NBC Inventory, Inc.** | | **Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Rd**<br>**Suite 500**<br>**Houston, TX 77057** | | | | **Notice Only** |
| ACCT #:  **xx1491**<br>**Nikko America, Inc.**<br>**P.O. Box 674001**<br>**Dallas, TX 75267-4001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$758.53** |
| **Representing:**<br>**Nikko America, Inc.** | | **CCC of NY**<br>**P.O. Box 288**<br>**Tonawanda, NY 14150** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 1318**<br>**Office Depot Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,714.69** |
| **Representing:**<br>**Office Depot Credit Plan** | | **LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX  77074** | | | | **Notice Only** |

Sheet no. ____**11**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$8,365.70**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                        Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxx xxxx xxxx 6498**<br>**Office Max**<br>**HSBC Business Solutions**<br>**PO Box 5239**<br>**Carol Stream, IL 60197** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$810.33** |
| **Representing:**<br>**Office Max** | | **Arrow Financial Service**<br>**21031 Network Place**<br>**Chicago, IL 60678** | | | | **Notice Only** |
| ACCT #: **xx1399**<br>**Peco Company**<br>**13620 Benson Avenue**<br>**Chino, CA 91710** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$499.02** |
| ACCT #: **xxxxxxx8860**<br>**Pitney Bowes Credit Corp**<br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$4,742.34** |
| **Representing:**<br>**Pitney Bowes Credit Corp** | | **LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX  77074** | | | | **Notice Only** |
| ACCT #: **xxx5372**<br>**Pitney Bowes Global**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,347.09** |

Sheet no. ___**12**___ of ___**20**___ continuation sheets attached to          **Subtotal >**          **$7,398.78**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                               Case No. _____

                                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Poof-Slinky, Inc.** <br> **P.O. Box 701394** <br> **Plymouth, MI 48170-0964** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$2,120.75** |
| ACCT #:  **xxxx xxxx xxxx 2412** <br> **Quickbooks/Bank of America** <br> **Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$552.67** |
| **Representing:** <br> **Quickbooks/Bank of America** | | **Bank of America** <br> **Commercial Credit Division** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 9298** <br> **Quickbooks/Bank of America** <br> **Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$8,601.92** |
| **Representing:** <br> **Quickbooks/Bank of America** | | **Bank of America** <br> **Commercial Credit Division** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | | | | **Notice Only** |
| ACCT #:  **xx9676** <br> **Raymond Geddes** <br> **8901 Yellow Brick Road** <br> **Baltimore, MD 21237** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods Sold** <br> REMARKS: | | | | **$2,579.04** |

Sheet no. ____**13**____ of ____**20**____ continuation sheets attached to                                        **Subtotal >** | **$13,854.38**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Token Exchange, Inc.**                                                Case No. _____
                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Raymond Geddes** | | **Law Office of Geoffrey C. Price** **6010 Balcones Drive** **First Floor** **Austin, TX 78731** | | | | **Notice Only** |
| ACCT #: **Replogle Globes, Inc.** **231265 Momentum Place** **Chicago, IL 60689-5311** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $1,165.50 |
| ACCT #:  **xxxxx xxxxange** **Reveal Entertainment** **1250-B Petroleum Drive** **Suite 600** **Abilene, TX 79602** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $367.00 |
| ACCT #:  **xxK750** **Rhode Island Novelty** **Attn: Brenda Lynch** **5 Industrial Blvd** **Cumberland, RI 02864** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $6,834.81 |
| ACCT #: **RMS** **4836 Breckville Rd.** **PO Box 523** **Richfield, OH 44286** | | DATE INCURRED: CONSIDERATION: **Collecting for Yellow Freight Systems** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxl640** **Scosche** **1550 Pacific Avenue** **Oxnard, CA 93033** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $1,134.80 |

Sheet no. ____**14**____ of ____**20**____ continuation sheets attached to                              **Subtotal >** | $9,502.11
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Scosche** | | **Coface Collections** **P.O. Box 8510** **Metaire, LA 70011** | | | | **Notice Only** |
| ACCT #: **Scott  & White Health Plan** **P.O. Box 840206** **Dallas, TX  75284-0206** | | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | $10,379.92 |
| ACCT #:  **6946** **Sentry Industries, Inc.** **P.O. Box 885** **Hillburn, NY 10931** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $914.01 |
| ACCT #:  **x4169** **Smart Planet** **7930 Deering Avenue** **Canoga Park, CA 91304** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | $2,364.78 |
| ACCT #:  **xxxxxxxxxx1838** **Spalding Russell Financial Services, Inc** **P.O. Box 116847** **Atlanta, GA 30368-6847** | | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | $751.81 |
| **Representing:** **Spalding Russell Financial Services, Inc** | | **CST, Inc.** **P.O. Box 224768** **Dallas, TX 75222** | | | | **Notice Only** |

Sheet no. ___**15**___ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $14,410.52

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                   Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx4017**<br>**Spinmaster, Inc.**<br>**300 International Drive**<br>**Williamsville, NY 14221** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,056.96** |
| ACCT #:<br>**Stellar Toys**<br>**9582 Hamilton Ave # 346**<br>**Huntington Beach, CA 92646** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$524.00** |
| **Representing:**<br>**Stellar Toys** | | **CR Systems**<br>**P.O. Box 75338**<br>**Phoenix, AZ 85087** | | | | **Notice Only** |
| ACCT #:<br>**Streamline Importing Inc.**<br>**711 Executive Blvd. Suite K**<br>**New York, NY 10989** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$816.00** |
| ACCT #:  **xxK001**<br>**Stylus Writing Instruments**<br>**P.O. Box 73343**<br>**Cleveland, OH 44193** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$308.25** |
| **Representing:**<br>**Stylus Writing Instruments** | | **John Glen Associates**<br>**P.O. Box 547**<br>**Mineola, NY 11501** | | | | **Notice Only** |

Sheet no. _____**16**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | | **Subtotal >** | **$2,705.21** |
|---|---|---|---|---|

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                         Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx0815**<br>**Tandem Sport**<br>**440 Baxter Avenue**<br>**Louisville, KY 40204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,112.54** |
| ACCT #:<br>**Texas Workforce Commission**<br>**P.O. Box 149037**<br>**Austin, TX 78714-9037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**2008 Texas Employment Taxes** | | | | **$4,012.48** |
| ACCT #:  **xx-xxx4578**<br>**The Antioch Company**<br>**P.O. Box 71-1867**<br>**Columbus, OH 43271-1867** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,675.52** |
| **Representing:**<br>**The Antioch Company** | | **Sazbo Associates**<br>**3355 Lenox Road N.E.**<br>**Ninth Floor**<br>**Atlanta, GA 30326** | | | | **Notice Only** |
| ACCT #:<br>**Tim Thomasson and Shannon Thomasson, P(**<br>**1000 W. Highway Six**<br>**Suite 110**<br>**Waco, TX 76712** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$975.00** |
| ACCT #:  **xOKEN**<br>**Top of the World**<br>**P.O. Box 721210**<br>**Norman, OK 73070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods Sold**<br>REMARKS: | | | | **$1,980.41** |

Sheet no. _____17_____ of _____20_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$9,755.95**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Top of the World** | | **NCO Financial Systems** **P.O. Box 15630** **Wilmington, DE 19850** | | | | **Notice Only** |
| ACCT #:  **x3152** **Toysmith** **5110 Frontage Road** **Auburn, WA 98001** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | **$2,705.35** |
| ACCT #:  **xxxxxxx1355** **TXU** **P.O. Box 10001** **Dallas, TX  75310-0001** | X | DATE INCURRED: CONSIDERATION: **Utilities** REMARKS: | | | | **$685.26** |
| ACCT #:  **xx3-40X** **United Parcel Services** **Lockbox 577** **Carol Stream, IL 60132-0577** | | DATE INCURRED: CONSIDERATION: **Delivery service** REMARKS: | | | | **$8,203.30** |
| **Representing:** **United Parcel Services** | | **Freedman & Price** **Attorneys at Law** **105 West 8th Street** **Austin, TX 78701** | | | | **Notice Only** |
| ACCT #:  **xxx6317** **United States Playing Card Co.** **2510 Reliable Parkway** **Chicago, IL 60686-0025** | | DATE INCURRED: CONSIDERATION: **Goods Sold** REMARKS: | | | | **$837.02** |

Sheet no. ___**18**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$12,430.93**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Token Exchange, Inc.**                                    Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **United States Playing Card Co.** | | **General Auditing Bureau** P.O. Box 9658 **Minneapolis, MN 55440** | | | | **Notice Only** |
| ACCT #: **UPS Canada LTD PO Box 2127 CRO Halifax, NS B3J 3B7 Canada** | | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | **$988.12** |
| ACCT #:  **xx-x9619** **UPS Supply Chain Solutions 28013 Network Place Chicago, IL 60673-1280** | | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | **$1,504.30** |
| **Representing:** **UPS Supply Chain Solutions** | | **The Royal Mercantile Trust Corp. Ten Central Parkway Stuart, FL 34994** | | | | **Notice Only** |
| ACCT #: **US Attorney General Main & Justice Bldg. 10th and  Constitution, N.W. Washington, D.C. 20530** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **US Attorney's Office 601 N.W. Loop 410. Ste.600 San Antonio, TX 78216** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |

Sheet no. ___**19**___ of ___**20**___ continuation sheets attached to                              **Subtotal >**          **$2,492.42**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                         **Total >**

                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Token Exchange, Inc.**
                                           Case No. _____
                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Yellow Freight Systems** <br> **PO Box 730333** <br> **Dallas, TX 75373-0333** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $1,275.82 |
| ACCT #: <br> **Yellow Transportation** <br> **PO Box 73149** <br> **Chicago, IL 60673-7149** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $585.28 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___**20**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       **Subtotal >**     **$1,861.10**

**Total >**     **$250,955.57**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Token Exchange, Inc.**                              Case No. _____
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Token Exchange, Inc.**                                      Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Advanta Bank Corp**<br>P.O. Box 8088<br>Philadelphia, PA 19101 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **American Coradius International LLC**<br>PO Box 505<br>Linden, MI 48451 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **American Express**<br>P.O. Box 6504448<br>Dallas, TX 75265 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Arrow Financial Service**<br>21031 Network Place<br>Chicago, IL 60678 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **ARSI**<br>Legal Department<br>555 St. Charles Drive<br>Suite 100<br>Thousand Oaks, CA 91360 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **AT&T**<br>PO Box 650516<br>Dallas, TX 75265-0516 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **AT&T Mobility**<br>PO Box 6463<br>Carol Stream, IL<br>60197-6463 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Token Exchange, Inc.**                                            Case No. _____
                                                                                            (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Bank of America**<br>Commercial Credit Division<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Bank of America**<br>Commercial Credit Division<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Bill Me Later**<br>P.O. Box 105658<br>Atlanta, GA 30348 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Bill Me Later**<br>P.O. Box 105658<br>Atlanta, GA 30348 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Capital Management Services, LP**<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Capital Management Services, LP**<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Chase**<br>PO Box 78039<br>Phoenix, AZ 85062 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Token Exchange, Inc.**                                          Case No. _____

                                                                                            (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Chase**<br>PO Box 4661<br>Houston, TX 77210 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Chase Credit Card**<br>PO Box 94014<br>Palatine, IL 60094 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Chase Credit Card**<br>PO Box 94014<br>Palatine, IL 60094 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Client Services, Inc.**<br>34851 Harry Truman Blvd.<br>St. Charles, MO  63301 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Deltacom**<br>PO Box 740597<br>Atlanta, GA 30374-0597 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **Home Depot Credit Services**<br>PO BOX 6029<br>The Lakes, NV 88901 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx  76705 | **IESI-Waco**<br>PO Box 650308<br>Dallas, TX 75265-0308 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Token Exchange, Inc.**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Internal Revenue Service**<br>STOP 5022AUS<br>300 E. 8th Street<br>Austin, Texas 78767 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **LTD Financial Services**<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **LTD Financial Services**<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Merchants Advance**<br>475 Park Avenue South<br>16th Floor<br>New York, New York 10016 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **NCB Management Services Inc.**<br>P.O. Box 1099<br>Langhorne, PA 19047 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Office Depot Credit Plan**<br>P.O. Box 689020<br>Des Moines, IA 50368 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Office Max**<br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream, IL 60197 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Token Exchange, Inc.**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Penncro**<br>PO Box 538<br>Oaks, PA 19456 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Pitney Bowes Credit Corp**<br>Purchase Power<br>PO Box 856042<br>Louisville, KY 40285 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Pitney Bowes Global**<br>P.O. Box 856460<br>Louisville, KY 40285-6460 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Quickbooks/Bank of America**<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **Quickbooks/Bank of America**<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886 |
| **Bette Hapenney**<br>563 Idlewood<br>Waco, Tx 76705 | **TXU**<br>P.O. Box 10001<br>Dallas, TX 75310-0001 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re  **Token Exchange, Inc.**                          Case No.

                                                         Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $301,342.00 | | |
| B - Personal Property | Yes | 4 | $10,621.87 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $407,523.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $27,018.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $250,955.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 35 | $311,963.87 | $685,496.94 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Token Exchange, Inc.**                                                  Case No. _____

                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ **37** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **04/27/2009** _____        Signature __**/s/ Bette Hapenney** _____

                                                                                     **Bette Hapenney**
                                                                                     **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Token Exchange, Inc.**                              Case No. _____

                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,567.84** | **Gross Income for 2009** |
| **$597,547.43** | **Gross Income for 2008** |
| **$987,754.00** | **Gross Income for 2007** |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bette Hapenney<br>563 Idlewood<br>Waco, TX  76705 | $2,200.00 - 6/4/08<br>$70.00 - 8/22/08 | | |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Token Exchange, Inc.**                                    Case No. _____

                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Connally Independent School District et al v. Token Exchange, Inc. et al Cause No 2008-3500-4** | suit to foreclose tax lien | 170th District Court of McLennan County, Texas | unknown |
| **Funtastic, v. Token Exchange, Inc. Cause No 20090200 CV2** | **suit to collect for items sold** | County Court at Law No 2,  McLennan County, Texas | unknown |

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Token Exchange, Inc.**                                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Erin B. Shank, P.C.**<br>**1902 Austin Avenue**<br>**Waco, Texas 76701** | **04/21/2009** | **$3,551.00** |

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **The shareholders of Token Exchange had a garage sale before they vacated the premises to sell "junk" that had accumulated so that the utilities could be paid at the business premises. They received about $3,000.00 from the garage sale** | **February 2009** | |
| **Six computers (including accessories), chairs and shelves were sold to Bette Hapenney before this case was filed - value $600.00.** | | |

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank**<br>**Waco, TX** | **This bank closed one of the corporate checking accounts because it was overdrawn.** | **April 2009** |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:   **Token Exchange, Inc.**                                          Case No.  _____

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Some of the items in the business premises of Token Exchange may actually belong to Ms. Hapenny's parents, who had used that building for storage.** | | |

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

In re:  **Token Exchange, Inc.**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑  or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑
## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☑
## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Bette Hapenney** | **563 Idlewood, Waco, Tx  76705** |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Token Exchange, Inc.**                                  Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Chase**<br>**PO Box 78039**<br>**Phoenix, AZ 85062** | **January of 2008 and January of 2007** |

---

### 20. Inventories

None
☒   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☒   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☒   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bette Hapenney**<br>**563 Idlewood**<br>**Waco, TX  76705** | **President, member of the board of directors and 80% shareholder.** | |
| **Sandra Hapenney**<br>**577 Idlewood**<br>**Waco, TX  76705** | **secretary, member of the board and 11% shareholder** | |
| **James Hapenney, III**<br>**577 Idlewood**<br>**Waco, TX  76705** | **member of the board of directors, 9% shareholder and treasurer** | |

---

### 22. Former partners, officers, directors and shareholders

None
☒   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☒   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **Token Exchange, Inc.**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **04/27/2009**_____

Signature _**/s/ Bette Hapenney**_____
          ***Bette Hapenney***
          ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE:   **Token Exchange, Inc.**                                     CASE NO

                                                                     CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
| --- | --- |
| **Creditor's Name:**<br>A.F. Buddy Skeen, RTA, CTA<br>McLennan County Tax Assessor<br>P.O.Box 406<br>Waco, Texas  76703<br>xx-xxx941-6 | **Describe Property Securing Debt:**<br>6330 Old Dallas Road, Elm Mott, TX 76640 |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:   **Token Exchange, Inc.**                                        CASE NO

                                                                        CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase | 6330 Old Dallas Road, Elm Mott, TX 76640 |
| PO Box 78039 | |
| Phoenix, AZ 85062 | |
| xxxxxxxx8002 | |

Property will be (check one):
☒ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt       ☒ Not claimed as exempt

---

Property No.   3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase | 6330 Old Dallas Road, Elm Mott, TX 76640 |
| PO Box 4661 | |
| Houston, TX 77210 | |
| xxxxxxxx8008 | |

Property will be (check one):
☒ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt       ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Token Exchange, Inc.**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

---

Property No.  4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Merchants Advance<br>475 Park Avenue South<br>16th Floor<br>New York, New York 10016<br>xxxxxx5128 | Accounts Receivable - See Exhibit "B" |

Property will be (check one):
- ☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☒ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

---

Property No.  1

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| None | | YES ☐        NO ☐ |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **Token Exchange, Inc.**                              CASE NO

                                                              CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$3,551.00** |
| Prior to the filing of this statement I have received: | **$3,551.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| **04/27/2009** | **/s/ Erin B. Shank** | |
|---|---|---|
| *Date* | *Erin B. Shank* | Bar No.  01572900 |

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:   **Token Exchange, Inc.**                                    CASE NO

                                                                     CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

A.F. Buddy Skeen, RTA, CTA
McLennan County Tax Assessor
P.O.Box 406
Waco, Texas  76703


A.G. Industries, Inc.
P.O. Box 455
Preston, WA 98050


Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101


Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829


Am-tex Plastics
4510 Old Mexia Road
Waco, TX 76705


American Coradius International LLC
PO Box 505
Linden, MI 48451


American Express
P.O. Box 6504448
Dallas, TX 75265


Arrow Financial Service
21031 Network Place
Chicago, IL 60678


ARSI
Legal Department
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360

AT&T
PO Box 650516
Dallas, TX 75265-0516


AT&T Mobility
PO Box 6463
Carol Stream, IL
60197-6463


Aurora World, Inc.
8820 Mercury Lane
Pico Rivera, CA 90660


Austin-Abbott, Inc.
P.O. Box 1253
Highland Park, NJ 08904


Baker's Filter Service
P.O. Box 7680
Waco, TX 76714


Bank of America
Commercial Credit Division
PO Box 15710
Wilmington, DE 19886-5710


Benjamin & Williams Credit Investigators
5485 Expressway Drive North
Holtsville, NY 11742


Bette Hapenney
563 Idlewood
Waco, Tx  76705


Bill Me Later
P.O. Box 105658
Atlanta, GA 30348

Boley
14011 12th Street
Chino, CA 91710


Bonnie Bell
Attn: Accounts Receivable
18519 Detroit Avenue
Lakewood, OH 44107


Bushnell-Tasco
Dept. 1551
135 Lasalle St.
Chicago, IL 60674-1551


Cameleon Distribution
227 Grant Street
Santa Cruz, CA 95060


Can You Imagine
9314 Eton Ave.
Chatsworth, CA 91311


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Recovery Corporation
P.O. Box 1008
Alpharette, GA 3009


CCC of NY
P.O. Box 288
Tonawanda, NY 14150


Celtic Capital Corporation
2951 28th Street, Suite 2030
Santa Monica, CA 90405

Chase
PO Box 78039
Phoenix, AZ 85062


Chase
PO Box 4661
Houston, TX 77210


Chase Credit Card
PO Box 94014
Palatine, IL 60094


Client Services, Inc.
34851 Harry Truman Blvd.
St. Charles, MO  63301


Coface Collections
P.O. Box 8510
Metaire, LA 70011


Coface Collections North America, Inc.
50 Millstone Road
Building 100-Suite 360
East Windsor, NJ 08520


Connally ISD
c/o McCreary, Veselka, Bragg, & Allen
PO Box 1669
Waco, TX 76703-1669


CoopSport
1335 Park Center Drive
Suite B
Vista, CA 92081


CPP International, LLC
P.O. Box 60806
Charlotte, NC 28260-0806

CR Systems
P.O. Box 75338
Phoenix, AZ 85087


CST, Inc.
P.O. Box 224768
Dallas, TX 75222


Decor Craft, Inc.
230 5th Ave.
Suite 309
New York, NY 10010


Deltacom
PO Box 740597
Atlanta, GA 30374-0597


Denison & Grisham
407 Lake Air Drive
Waco, TX 76710


DHL Express (USA) Inc.
P.O. Box 840006
Dallas, TX 75284-0006


Dorcy International, Inc.
Dept. L-2575
Columbus, OH 43260-2575


Englander Container & Display
P.O. Box 22067
Waco, TX 76702-2067


Fascinations Toys and Gifts, Inc.
19224 Des Moines Way So.
Suite 100
Seattle, WA 98148

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


FedEx Trade Networks
P.O. Box 660481
Dallas, TX 75266-0481


Flipo Group, Ltd.
613 1st St.
LaSalle, IL 61301


Freedman & Price
Attorneys at Law
105 West 8th Street
Austin, TX 78701

Fun Express
P.O. Box 790403
St. Louis, MO 63179-0403


Fundex Games, Ltd.
P.O. Box 95169
Paletine, IL 60095-0169


Funtastic Toys
2301 Minimax Street
Houston, TX 77008-5009


Gayla Industries, Inc.
P.O. Box 920800
Houston, TX 77292-0800


General Auditing Bureau
P.O. Box 9658
Minneapolis, MN 55440

Getagadget, Inc.
2101 E. Saint Elmo Road
Suite 347
Austin, TX 78744


Glow Industries, Inc.
12962 Eckel Junction Road
Perrysburg, OH 43551


Good Gifts, Inc.
217 S. Main
St. Lamar, CO 81052


Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd
Suite 500
Houston, TX 77057


Guest & Associates P.C.
P.O. Box 696
DeKalb, TX 75559


Home Depot Credit Services
PO BOX 6029
The Lakes, NV 88901


IESI-Waco
PO Box 650308
Dallas, TX 75265-0308


Indi Label
P.O. Box 512119
Los Angeles, CA 90051-0119


Inkology, Inc.
P.O. Box 970306
Boca Raton, FL 33497-0306

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114




Internal Revenue Service
STOP 5022AUS
300 E. 8th Street
Austin, Texas 78767


John Glen Associates
P.O. Box 547
Mineola, NY 11501




Kelly Toy
4811 South Alameda Street
Los Angeles, CA 90058




Law Office of Geoffrey C. Price
6010 Balcones Drive
First Floor
Austin, TX 78731


LC Financial, LLC
P.O. Box 9246
Van Nuys, CA 91409




LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX  77074


Mark Feldstein & Associates
P.O. Box 76795
Cleveland, OH 44101-6500




McCarthy, Burgess & Wolf
26000 Cannon Road
Cleveland, Ohio 44146
```

McLennan County
c/o Linebarger Goggan Blair & Sampson
600 Austin Avenue, Suite 27
Waco, TX 76701


Meeting Bridge, LLC
705 Hunting Ridge Road
Stamford, CT 06903


Mega Brands America, Inc.
P.O. Box 820951
Philadelphia, PA 19182


Merchants Advance
475 Park Avenue South
16th Floor
New York, New York 10016


Michael G. Null
20208 W. Highway 71
Austin, TX 78669


NBC Inventory, Inc.
8812 Shoal Creek Blvd.
Austin, TX 78757


NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


NCO Financial Services
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
9009 Corporate Lake Drive
Tampa, FL 33634

NCO Financial Systems
P.O. Box 15630
Wilmington, DE 19850


Nikko America, Inc.
P.O. Box 674001
Dallas, TX 75267-4001


Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Office Max
HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197

Peco Company
13620 Benson Avenue
Chino, CA 91710


Penncro
PO Box 538
Oaks, PA 19456


Pitney Bowes Credit Corp
Purchase Power
PO Box 856042
Louisville, KY 40285


Pitney Bowes Global
P.O. Box 856460
Louisville, KY 40285-6460


Poof-Slinky, Inc.
P.O. Box 701394
Plymouth, MI 48170-0964

Quickbooks/Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886


Raymond Geddes
8901 Yellow Brick Road
Baltimore, MD 21237


Replogle Globes, Inc.
231265 Momentum Place
Chicago, IL 60689-5311


Reveal Entertainment
1250-B Petroleum Drive
Suite 600
Abilene, TX 79602


Rhode Island Novelty
Attn: Brenda Lynch
5 Industrial Blvd
Cumberland, RI 02864


RMS
4836 Breckville Rd.
PO Box 523
Richfield, OH 44286


Sazbo Associates
3355 Lenox Road N.E.
Ninth Floor
Atlanta, GA 30326


Scosche
1550 Pacific Avenue
Oxnard, CA 93033


Scott  & White Health Plan
P.O. Box 840206
Dallas, TX  75284-0206

Sentry Industries, Inc.
P.O. Box 885
Hillburn, NY 10931


Smart Planet
7930 Deering Avenue
Canoga Park, CA 91304


Spalding Russell Financial Services, Inc
P.O. Box 116847
Atlanta, GA 30368-6847


Spinmaster, Inc.
300 International Drive
Williamsville, NY 14221


Stellar Toys
9582 Hamilton Ave # 346
Huntington Beach, CA 92646


Streamline Importing Inc.
711 Executive Blvd. Suite K
New York, NY 10989


Stylus Writing Instruments
P.O. Box 73343
Cleveland, OH 44193


Tandem Sport
440 Baxter Avenue
Louisville, KY 40204


Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037

The Antioch Company
P.O. Box 71-1867
Columbus, OH 43271-1867


The Royal Mercantile Trust Corp.
Ten Central Parkway
Stuart, FL 34994


Tim Thomasson and Shannon Thomasson, PC
1000 W. Highway Six
Suite 110
Waco, TX 76712


Top of the World
P.O. Box 721210
Norman, OK 73070


Toysmith
5110 Frontage Road
Auburn, WA 98001


TXU
P.O. Box 10001
Dallas, TX  75310-0001


United Parcel Services
Lockbox 577
Carol Stream, IL 60132-0577


United States Playing Card Co.
2510 Reliable Parkway
Chicago, IL 60686-0025


UPS Canada LTD
PO Box 2127 CRO
Halifax, NS B3J 3B7
Canada

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


US Attorney General
Main & Justice Bldg.
10th and  Constitution, N.W.
Washington, D.C. 20530


US Attorney's Office
601 N.W. Loop 410. Ste.600
San Antonio, TX 78216


Yellow Freight Systems
PO Box 730333
Dallas, TX 75373-0333


Yellow Transportation
PO Box 73149
Chicago, IL 60673-7149