## Corporate Resolution

I hereby certify that I am the President, a director and the majority shareholder of Token Exchange, Inc. and that I am authorized to sign all documents necessary to place this corporation in a Chapter 7 bankruptcy proceeding in Waco, Texas.

*[signature]*
Bette Hapenney, President

\\serverwaco\Apps\Server Documents\1591-Hapenney, Bette\Corporate Resolution.wpd